UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Hakim Mohammed Williams,<br><br>　　　　　Defendant. | Case No. 2:98-cr-00309-KJD-RJJ-2<br><br>**Order Granting** Third **Joint Stipulation to Extend Supplemental Briefing Schedule** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to extend the supplemental briefing. IT IS HEREBY ORDERED that Petitioner Williams's supplement brief or motion for leave to amend the motion to vacate be filed February 18, 2020; the Government's supplemental brief or response to be filed March 18, 2020; and Petitioner Williams's optional reply to be filed no later than April 1, 2020.

　　　DATED: February __18__, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3