UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HAKIM MOHAMMED WILLIAMS,<br><br>　　　　　　　　　　Defendant. | Case No. 2:98-cr-00309-KJD<br><br>ORDER |

On April 13, 2022, the Government filed a motion for a hearing to determine Defendant's competency (#365). The motion was granted and hearing was conducted on August 16, 2022.

Accordingly, IT IS HEREBY ORDERED, that a psychological and psychiatric examination as provided for in 18 U.S.C. § 4241(a) and 18 U.S.C. § 4242 be conducted to determine the mental competence of the defendant. Specifically, the Court orders that, pursuant to 18 U.S.C. § 4247(b), the defendant be committed to the custody of the United States Attorney General for a reasonable period, not to exceed 45 days, for placement in a suitable facility[1] for the purposes of a pretrial psychological and psychiatric examination. It is hereby ordered that the psychological and psychiatric examination of the defendant be conducted for the purposes of determining: (1) his competency to properly assist in his own defense; and (2) his competency to understand the nature and consequences of the proceeding against him.

The Court ORDERS that, pursuant to 18 U.S.C. § 4247, a psychiatric and psychological report be filed with the Court. Copies of this report are to be provided to:

Wendi Overmyer
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Telephone: 702-388-6577

---

[1] The Court recommends MCFP Springfield, in Springfield, Missouri.

Supriya Prasad
Assistant United States Attorney
501 Las Vegas Boulevard South, #1100
Las Vegas, NV 89101
Telephone: 702-388-6336

      Upon the defendant's release from the U.S. Bureau of Prisons facility, the Bureau of Prisons shall provide a discharge summary to the U.S. Marshals Service (to accompany the defendant while in transit), which includes a proposed treatment plan and a current list of any appropriate medication(s) with detailed dosage amounts. This document is also to be provided to the Court when the final forensic evaluation report is submitted. The Court FINDS that the granting of the continuance is based upon the fact that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy hearing to revoke his supervised release.

      Finally, this Court ORDERS:

1. That, if practicable, the Marshal's office transport the defendant directly to the designated Bureau of Prisons medical facility in the safest manner and as expeditiously as possible;

2. That the Bureau of Prisons notify the Marshal's office as soon as the Bureau of Prisons medical facility has completed the evaluation;

3. That, if practicable, the Marshal's office then transport directly or make arrangements for the defendant to be directly transported from the Bureau of Prisons medical facility to a federal holding facility in the District of Nevada; and

4. That the Marshal's office notify the Court as soon as defendant has returned to the District of Nevada.

DATED this 14th day of September 2022.

_____
The Honorable Kent J. Dawson
United States District Judge