# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:98-cr-00309-KJD-RJJ |
| Plaintiff, | ORDER |
| v. | |
| HAKIM MOHAMMED WILLIAMS, | |
| Defendant. | |

At the hearing, on February 22, 2023, on Defendant's competency, the Court found by a preponderance of the evidence that Defendant was presently suffering from a mental disease or defect that rendered him mentally incompetent, i.e., that he was unable to understand the nature and consequences of the proceedings against him and was unable to assist properly in his defense. The Court based its determination on: (1) on Defendant's behavior at in-person hearings since his arrest on March 24, 2022 due to his violations of supervised release; and (2) the results of the Court ordered psychological examination of Defendant. See Doc. No. 385, Sealed Exhibit List.

Accordingly, IT IS HEREBY ORDERED that Defendant is committed to the custody of the Attorney General who shall hospitalize Defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. See 18 U.S.C. § 4241(d). The Court recommends that Defendant be treated at FMC Lexington and that the U.S. Marshals transport Defendant to that location or any other location deemed by the Attorney General necessary for treatment.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2023.

Kent J. Dawson
United States District Judge