UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:98-cr-00309-KJD-RJJ |
| Plaintiff, | **Order** |
| v. | |
| HAKIM WILLIAMS, | |
| Defendant. | |

On February 22, 2023, a competency hearing was held, and the Court ordered that the defendant Hakim Williams be committed to the custody of the Attorney General who shall hospitalize the defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. ECF No. 386.

On June 22, 2023, the defendant was placed in a medical facility by the Bureau of Prisons. ECF No. 389.

On November 1, 2023, Warden Williams of U.S. Medical Center for Federal Prisoners at Springfield Missouri (USMCFP Springfield) wrote a letter to the Court requesting the Court to extend the defendant's commitment period by 120 days under 18 U.S.C. § 4241(d)(2)(A) based on the assessment of Forensic Unit Psychologist Burton that it is substantially likely that Mr. Williams will be restored to competency. Warden Williams attached an "Extension Request" signed by Forensic Unit Psychologist Burton outlining the defendant's course of treatment at USMCFP Springfield and current opinions, prognosis, and recommendations.

On November 11, 2023, the Court held a status conference in this case. Counsel for the defendant and for the government stated they had received this letter and Extension Request, and that they agreed with the proposed 120-day extension of the defendant's commitment.

The Court finds that based on this letter and attached Extension Request, there is a substantial probability that the defendant will attain the capacity to permit the proceedings to go forward within the requested 120-day period of time. *See* 18 U.S.C. § 4241(d)(2)(A). The Court further finds that 120 days is an additional reasonable period of time under 18 U.S.C. § 4241(d)(2)(A). *See United States v. Loughner*, 672 F.3d 731, 771-772 (9th Cir. 2012).

Accordingly, IT IS HEREBY ORDERED that the defendant's commitment to the custody of the Attorney General is extended for an additional 120 days during which the Attorney General shall hospitalize the defendant for treatment in a suitable facility.

IT IS FURTHER ORDERED that a status conference is set in this matter for February 23, 2024 at 10:30 am in Courtroom 4A.

DATED: November 14, 2023.

_____
HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE