# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Hakim Mohammed Williams,<br><br>　　　　Defendant. | Case No. 2:98-cr-00309-KJD-RJJ-2<br><br>**Order** |

**IT IS HEREBY ORDERED** the Court finds pursuant to 18 U.S.C. § 4241 that Defendant Hakim Williams is not competent to proceed with supervised release revocation proceedings and cannot be restored to competence.

**IT IS FURTHER ORDERED** the Petition for Revocation of Supervised Release is DISMISSED and the five-year term of supervised release is TERMINATED.

**IT IS FURTHER ORDERED** as follows:

1.　The Defendant is hereby committed to the custody of the Attorney General to determine whether he is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, pursuant to 18 U.S.C. § 4246(d).

2.　The psychiatric examination of Defendant be conducted by the Federal Bureau of Prisons pursuant to 18 U.S.C. § 4246(b) and § 4247(b).

3.　The Federal Bureau of Prisons is to submit a report to the Court regarding the results of the examination pursuant to 18 U.S.C. § 4246(b) and § 4247(c) on or before 45 days of this order.

4. The Court will hold a hearing on <u>May 14, 2024</u>, at <u>9:30 a.m.</u> as to whether there is clear and convincing evidence the Defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another pursuant to 18 U.S.C. § 4246(d).

DATED: April __9th__, 2024.

_____
HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE

2