JASON M. FRIERSON
United States Attorney
Nevada State Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAKIM MOHAMMED WILLIAMS,<br><br>Defendant. | Case No.  2:98-cr-00309-KJD-RJJ<br><br>**Stipulation to Continue Status Hearing** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi Overmyer, Assistant Federal Public Defender, counsel for Hakim Mohammed Williams, that the status hearing currently scheduled for June 11, 2024 at 11:00 a.m. be continued to a date and time after June 17, 2024.

The Stipulation is entered into for the following reasons:

1. The Bureau of Prisons (BOP) is close to finalizing its report and is likely to determine the defendant does not meet the requirements for civil commitment.

2. The BOP is initiating the process to have the defendant transferred to the District of Nevada so he can attend the status hearing in person in anticipation he may be released. Additional time is needed to effectuate the transfer of the defendant.

1

3. The parties need additional time to speak to defendant's family to determine if a plan can be put in place should the defendant be released.

4. The parties agree to the continuance.

This is the first stipulation to continue the status hearing.

Dated: June 7, 2024

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney | */s/ Wendi Overmyer*<br>Wendi Overmyer<br>Assistant Federal Public Defender |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:98-cr-00309-KJD-RJJ |
| Plaintiff, | |
| vs. | |
| HAKIM MOHAMMED WILLIAMS, | |
| Defendant. | |

## ORDER

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Bureau of Prisons (BOP) is close to finalizing its report and is likely to determine the defendant does not meet the requirements for civil commitment.

2. The BOP is initiating the process to have the defendant transferred to the District of Nevada so he can attend the status hearing in person in anticipation he may be released. Additional time is needed to effectuate the transfer of the defendant.

3. The parties need additional time to speak to defendant's family to determine if a plan can be put in place should the defendant be released.

4. The parties agree to the continuance.

IT IS THEREFORE ORDERED that the status hearing scheduled for June 11, 2024, at the hour of 11:00 a.m., be vacated and continued to the 23rd day of July, 2024, at the hour of 11:30 a.m. in Courtroom 4A.

DATED this 10th day of June 2024.

_____
UNITED STATES DISTRICT JUDGE

1