RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Wendi_Overmyer@fd.org

Attorney for Hakim Mohammed Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HAKIM MOHAMMED WILLIAMS,<br><br>  Defendant. | Case No. 2:98-CR-00309-KJD-RJJ<br><br>**STIPULATION TO CONTINUE COMMITMENT STATUS HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi L. Overmyer, Assistant Federal Public Defender, counsel for Hakim Mohammed Williams, that the Commitment Status Hearing scheduled for August 27, 2024 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The Defendant is in custody and declared mentally incompetent and is thus unable to agree or object to the continuance.

2. The defendant cannot currently be transported by the U.S. Marshal to this district due to medical restrictions. At present, the defendant remains at Springfield Federal Medical Center in Missouri until he becomes medically stable for transfer to the District of Nevada.

3. The parties require more time to review the commitment report and prepare a recommended release plan.

4. Denial of this request would deny defense counsel sufficient time to effectively prepare for the commitment status hearing, considering the exercise of due diligence, and could cause a miscarriage of justice.

This is the third stipulation to continue the commitment status hearing.

DATED this 26th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Wendi L. Overmyer*<br>By_____<br>WENDI L. OVERMYER<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HAKIM MOHAMMED WILLIAMS,<br><br>  Defendant. | Case No. 2:98-CR-00309-KJD-RJJ<br><br>**ORDER** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that a reasonable extension of at least thirty (30) days is necessary for the U.S. Marshal to transfer the defendant to this district for the commitment status hearing and for counsel to develop a recommended release plan under 18 U.S.C. § 4246.

IT IS THEREFORE ORDERED that the commitment status hearing set for August 27, 2024, should be vacated and continued to 9/24/2024 at the hour of 11:00 a.m., courtroom 4A; or to a time and date convenient to the court.

DATED this 26 day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

3