# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:98-cr-00309-KJD-RJJ-2 |
| Plaintiff, | **Order** |
| v. | |
| Hakim Mohammed Williams, | |
| Defendant. | |

**IT IS HEREBY ORDERED** the Court finds pursuant to 18 U.S.C. § 4246, by clear and convincing evidence, that Defendant Hakim Williams is presently suffering from a mental disease or defect as a result of which his release would not create a substantial risk of bodily injury to another person or serious damage to property of another under 18 U.S.C. § 4246(d).

**IT IS FURTHER ORDERED** that Defendant Williams be RELEASED from federal custody in this case, under 18 U.S.C. § 4246(e)(1).

DATED: September 24th, 2024.

_____
HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE