UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:98-cr-00309-KJD-RJJ-2 |
| Plaintiff, | ORDER |
| v. | |
| HAKIM MOHAMMED WILLIAMS, | |
| Defendant. | |

Presently before the Court are Defendant's Motion to Seal Cease and Desist Order (#395), Motion for Cease and Desist Order of Involuntary Psychiatric Medication (#398), and Motion to Seal Reply (#399). Furthermore, Plaintiff has filed a Motion to Seal Response (#398). Recently, the Court ruled that although Defendant is presently suffering from a mental disease or defect, his release would not create a substantial risk of bodily injury to another person or serious damage to someone else's property under 18 U.S.C. § 4246(d). (#418). Therefore, the Court ordered that Defendant be released from federal custody. Id.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Seal Cease and Desist Order (#395) is **GRANTED**, and Defendant's Motion to Seal Reply (#399) is also **GRANTED.** Defendant's Motion for Cease and Desist Order of Involuntary Psychiatric Medication (#396) is **DISMISSED** as **MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Seal Response (#398) is **GRANTED**.

Dated this 25th day of September 2024.

Kent J. Dawson
United States District Judge